IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | NO. 4:08CR00415 JLH |
| | ) | |
| JERROD WADE HOLLOWAY | ) | |

## DISMISSAL OF INDICTMENT

The United States of America, pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure and with leave of the Court endorsed hereon, hereby dismisses with prejudice the indictment in the above captioned and numbered criminal case. The indictment is dismissed because the defendant has already been prosecuted by the State of Arkansas for the same offense conduct involved in this case. Continuation of this federal prosecution would violate the plea agreement between the defendant and the State of Arkansas and the spirit, if not the letter, of the Department of Justice's Petite policy, an internal policy which generally prohibits successive federal and state prosecutions for the same offense.

Respectfully submitted,

JANE W. DUKE
United States Attorney

By ROBERT J. GOVAR
Assistant United States Attorney
Arkansas Bar ID No. 76043
P.O. Box 1229
Little Rock, Arkansas 72203
501-340-2616
bob.govar@usdoj.gov

## CERTIFICATE OF SERVICE

I, Robert J. Govar, hereby certify that, after filing, a copy of this Dismissal of Indictment will be mailed to the defendant's attorney of record, Mr. Hubert W. Alexander, Attorney at Law, P.O. Box 5239, 1500 West Main Street, Jacksonville, Arkansas.

ROBERT J. GOVAR

## ORDER

Leave of Court is granted, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for the filing of this Dismissal of Indictment. The indictment is dismissed with prejudice.

IT IS SO ORDERED this 31st of December, 2008.

J. LEON HOLMES
United States District Judge